UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DANZIG JAMES WEED,
Plaintiff,

v.

ARAMARK, et al.,
Defendants.

CAUSE NO.
3:22-CV-738-JD-MGG

Amended Complaint

-FILED-
SEP 2 3 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# Amended Complaint

I'm A muslim we Do not eat pork we Are forbiden to eat pork Sandy A Kecten worker keep on feeding muslims pork this is not A one time problem this is on going the muslims are just getting to report the problems we are sick of making our selfs starve to not Burden our faith we are stuck with substain Adiquit nutriction and Burden our faith or starve I've gotten sick of trying Adminitration remedies As requests, Greavance Sandy has Been feeding pork to muslims over and over 2 muslims 2-20-22 me And Cabanaw And Collins on 2-19-22 since staff At the Jail seen the on going problem she got fired And dousnt work At the County Jail Any more I've tried to get names of Sandy But my request go unansewerd So I'm Being retialled aganst with unanwered request of names of Defendents the incident Caused mental suffering, Stress, Insomnia, and anxiety.

The free Exercise Clause prohibits the State from dening muslims A pork-free diet violates their First Amendment rights By not making me A new tray when Asked I was Clearly denied A pork-free diet Sandy Also fed travis pork in the same Pod As me And Denied us Bouth New trays this is not A unitentinal event once maybe two or three But four Difrent muslims And some on Difrent Days this violates my Belifes I was forced to Eat the pork or starve Where is this ok to Denied me names of Defendents And to feed muslims pork Aramark Should Be held liable And the county of South Bend Solely because they Wont give the names they employ

## Amended Complaint

Staff members who were involved in this incident intents of Sandy A muslim hatetred or personal Disbelief why was Sandy fired probly Dening muslims pork-free Diets more then 2 of muslims, on the 19- And the 20th of Feb possibly more me, Collins, Cabanaw there was travis As well how many times And people till it Becomes A problem I Asked for A new tray to solve it completly And was Denied-never got A new tray. I followed proper procedure the way Its layed out request, Griefance ect this was my last resort the mentel, emotional, Days And nights pain of Disobaing my god And it wasnt my falt Im physicaly got paranoia, stress, insomnia, anxiety sleepless night, tairs its taring my life Apart I wanted what was promised to me And Becuse of Sandi Aramark South Bend County I may never even get to heaven my 1st Amendment rights were Violated this fight wasnt brought to them this is unfair and unbeliefy unbiased, Religious Hatered. If I Could get the names of Sandy And ect She would Be Someone Id name A Defendent But ten times I've Asked for names And got nothing Im At A loss

Danzig James Weed
Danzig Weed  9-19-22

## CERTIFICATE of SERVICE

I Danzig James Weed placed this Complaint in the prison mail system on 9-19-22 At 10pm

Danzig James Weed
*Danzig Weed* 9-19-22